Elizabeth Rosenfeld (CA Bar No. 106577)
Email: rosenfeld@wkpyc.com
Renée Sánchez (CA Bar No. 242122)
email: rsanchez@wkclegal.com
**WOHLNER KAPLON CUTLER**
**HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 313
Facsimile: (818) 501-5306

Attorneys for Defendants
Teamsters Local Union 630 and
Lou Villalvazo

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| CURTIS WARD, | **CASE NO. 2:17-cv-04686-R-SSx** |
| Plaintiff, | The Hon. Manuel L. Real |
| vs. | [~~PROPOSED~~] |
| TEAMSTERS LOCAL 630, | ORDER DISMISSING ACTION WITH PREJUDICE |
| Defendants. | |

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Dated: October 2, 2017

_____
THE HON. MANUEL L. REAL
United States District Judge